**In re CAP ROCK ENERGY CORPORATION,**
**Relator.**

**No. 08–05–00323–CV.**

Court of Appeals of Texas,
El Paso.

Oct. 13, 2005.

Bryce J. Denny, Cook, Yancey, King & Galloway, Shreveport, La., for Relator.

George Ivan Alexander, Curtis, Alexander, McCampbell and Morris, Greenville, TX, Don C. Lewis, Piper Rudnkick, L.L.P., Washington, DC, Rick D. Davis Jr., Cotton, Bledsoe, Tighe & Dawson, P.C., Midland, TX, for Interested Party.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

## OPINION ON PETITION FOR WRIT OF PROHIBITION

ANN CRAWFORD McCLURE, Justice.

Relator, Cap Rock Energy Corporation, asks this Court to issue a writ of prohibition against Respondent, the Honorable John Hyde, Judge of the 238th District Court of Midland County based on Respondent's refusal to dismiss cause number 42,814. A writ of prohibition operates like an injunction issued by a superior court to control, limit, or prevent action in a court of inferior jurisdiction. *Holloway v. Fifth Court of Appeals,* 767 S.W.2d 680, 682 (Tex.1989). The purpose of the writ is to enable a superior court to protect and enforce its jurisdiction and judgments. *Id.* at 683. The writ is typically used to protect the subject matter of an appeal or to prohibit an unlawful interference with the enforcement of a superior court's orders and judgments. *Id.* Based upon the petition and record before us, we conclude that Relator has not established its entitlement to relief. Accordingly, the petition for writ of prohibition is denied. *See* Tex.R.App.P. 52.8(a).